850

No. 1375, Misc. WOODS v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 1376, Misc. SOSTRE v. WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1379, Misc. JACKSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox* for the United States.

No. 1382, Misc. FORBES v. CITY OF PHILADELPHIA. C. A. 3d Cir. Certiorari denied.

No. 1383, Misc. DRAPER ET AL. v. WASHINGTON ET AL. Supreme Court of Washington. Certiorari denied.

No. 1384, Misc. PETERSEN v. LAVALLEE, WARDEN. Court of Appeals of New York. Certiorari denied.

No. 1385, Misc. RAY v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 1386, Misc. MILLER v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1387, Misc. ZILKA v. SANCTIS CONSTRUCTION, INC. Supreme Court of Pennsylvania. Certiorari denied. *Edward O. Spotts* for petitioner. *Charles E. Pledger, Jr.* and *Justin L. Edgerton* for respondent.

No. 1390, Misc. IKERD v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.